**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **GONZA LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. WA-23-CV-395-KC** |
| | § | |
| **MISSION COMPETITION FITNESS** | § | |
| **EQUIPMENT LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the parties' Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 16. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 25th day of March, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE